JP Morgan Chase & Co.